Rixson Merle **PERRY,**
**Plaintiff-Appellant,**

v.

**FEDERAL BUREAU OF INVESTIGATION, et al.,**
**Defendants-Appellees.**

No. 82–1136.

United States Court of Appeals,
Seventh Circuit.

Aug. 5, 1985.

Before CUMMINGS, Chief Judge, and BAUER, WOOD, CUDAHY, ESCHBACH, POSNER, COFFEY, FLAUM, EASTERBROOK and RIPPLE, Circuit Judges.

ORDER

On consideration of the Petition for Rehearing and Suggestion for Rehearing *en banc* filed by defendants-appellees and the Opposition to Petition for Rehearing and Suggestion for Rehearing *en banc* filed by plaintiff-appellant, a majority of the active members of the Court have voted to grant a rehearing *en banc* on the liberty interest issue discussed in Parts IV–VII of the panel opinion, 759 F.2d 1271, 1276–82. Accordingly,

IT IS ORDERED that the petition for rehearing be, and the same is hereby, GRANTED and limited to that issue. Hearing will be set at a time convenient to the Court.